# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RIVAS, <br><br>        Plaintiff, <br><br>    v. <br><br> WELLS FARGO BANK NA, et al., <br><br>        Defendant. | Case No.: 1:16-cv-01473 LJO JLT <br><br> ORDER AFTER NOTICE OF SETTLEMENT <br> (Doc. 17) |

On January 5, 2017, the plaintiff notified the Court that the parties have settled the action. (Doc. 17) He indicates the parties will finalize the settlement within 21 days. Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed no later than **February 3, 2017**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

   Dated:   **January 6, 2017**                    **/s/ Jennifer L. Thurston**
                                                                 UNITED STATES MAGISTRATE JUDGE