**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE RIVAS , <br><br>    Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK NA, et al., <br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:16-cv-01473 LJO JLT <br><br> ORDER GRANTING EXTENSION OF TIME TO FILE DISMISSAL DOCUMENTS |

   On January 5, 2017, the plaintiff notified the Court that the parties have settled the action. (Doc. 17)  At that time, he indicated the parties would finalize the settlement within 21 days. <u>Id</u>. at 2. Now, without any explanation, the parties report they need an additional 31 days to complete the settlement.  Nevertheless, the Court will grant the extension and **ORDERS**:

   1. The stipulation to dismiss the action **SHALL** be filed no later than **March 6, 2017**;

   2. All pending dates, conferences and hearings are **VACATED**.

   <u>**The parties are urged to act expeditiously to complete the settlement because the Court does not anticipate granting any further extensions of time to do so.**</u>

IT IS SO ORDERED.

  Dated: **February 3, 2017**      **/s/ Jennifer L. Thurston**
                      UNITED STATES MAGISTRATE JUDGE