# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RIVAS, <br><br>　　　　　　Plaintiff, <br><br>　　v. <br><br>WELLS FARGO BANK NA, et al., <br><br>　　　　　　Defendant. | Case No.: 1:16-cv-01473 LJO JLT <br><br> ORDER CLOSING CASE <br> (Doc. 21) |

　　The parties agree this matter has been settled and that it may be dismissed. (Docs. 17, 21) Once a notice under Federal Rules of Civil Procedure 41(a)(1) has been filed, an order of the Court is not required to make the dismissal effective.  Fed. R. Civ. P. 41(a)(1)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997).  Thus, the Clerk of Court is DIRECTED to close this action as dictated by Rule 41(a).

IT IS SO ORDERED.

　　Dated:　**March 21, 2017**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE